UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 19 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AMERICAN ENCORE, an Arizona non-profit corporation; et al.,<br><br>        Plaintiffs - Appellees,<br><br>  v.<br><br>ADRIAN FONTES, in his official capacity as Arizona Secretary of State and KRIS MAYES, in her official capacity as Arizona Attorney General,<br><br>        Defendants - Appellants,<br><br>and<br><br>KATIE HOBBS, in her official capacity as Governor of Arizona,<br><br>        Defendant. | No. 24-6703<br><br>D.C. No. 2:24-cv-01673-MTL<br>District of Arizona,<br>Phoenix<br><br>ORDER |

Appellants' unopposed motion (Docket Entry No. 3) for an extension of time to file the opening briefs is granted.

The opening briefs are due January 6, 2025. The answering brief is due February 5, 2025. The optional reply briefs are due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT