**Case No. 24-6703**

# THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

AMERICAN ENCORE, *et al.*,

*Plaintiffs-Appellees,*

*v.*

ADRIAN FONTES, *et al.*,

*Defendants-Appellants.*

On Appeal from the United States District Court
for the District of Arizona

No. 2:24-cv-01673-MTL

## APPELLANTS' EXCERPTS OF RECORD – INDEX VOLUME

| | |
|---|---|
| Nathan T. Arrowsmith (No. 031165) | Karen J. Hartman-Tellez (No. 021121) |
| Joshua M. Whitaker (No. 032724) | Kara Karlson (No. 029407) |
| Luci D. Davis (No. 035347) | Kyle Cummings (No. 032228) |
| Nathan.Arrowsmith@azag.gov | Karen.Hartman@azag.gov |
| Joshua.Whitaker@azag.gov | Kara.Karlson@azag.gov |
| Luci.Davis@azag.gov | Kyle.Cummings@azag.gov |
| ACL@azag.gov | AdminLaw@azag.gov |
| *Attorneys for Defendant/Appellant* | *Attorneys for Defendant/Appellant* |
| *Arizona Attorney General* | *Arizona Secretary of State* |
| *Kristin K. Mayes* | *Adrian Fontes* |

OFFICE OF THE ARIZONA
ATTORNEY GENERAL (Firm #14000)
2005 North Central Ave.
Phoenix, Arizona 85004
(602) 542-3333

# EXCERPTS OF RECORD
# INDEX

| Index # | Description[1] | ER Page Nos. |
|---|---|---|
| **VOLUME 1 OF 5** | | |
| 1 | District Court Preliminary Injunction Order, Sept. 27, 2024<br>(Doc. 62) | ER-002–051 |
| **VOLUME 2 OF 5** | | |
| 2 | Transcript of Oral Argument, Sept. 12, 2024<br>(Doc. 56) | ER-053-138 |
| 3 | Declaration of Catharine Cypher on behalf of Plaintiff America First Policy Institute, Aug. 2, 2024<br>(Ex. D to PI Motion as to Count I)<br>(Doc. 26-4) | ER-139-142 |
| 4 | Declaration of Brennan Bowen (Counsel for Plaintiffs), Aug. 2, 2024<br>(Ex. A to PI Motion as to Count I)<br>(Doc. 26-1) | ER-143-160 |
| 5 | Response from Secretary of State's Counsel to Plaintiffs' Counsel, July 31, 2024<br>(Ex. C to PI Motion as to Count I)<br>(Doc. 26-3) | ER-161-163 |
| 6 | Transcript of Status Conference, July 19, 2024<br>(Doc. 21) | ER-164-212 |
| 7 | Letter from Plaintiffs' Counsel to Secretary of State, July 18, 2024<br>(Ex. B to PI Motion as to Count I)<br>(Doc. 26-2) | ER-213-215 |

---

[1] In these descriptions, the term "PI Motion" refers to one of the preliminary injunction motions filed by Plaintiffs below.

| Index # | Description[1] | ER Page Nos. |
|---|---|---|
| 8 | Copy of Challenged Provisions of 2023 EPM, July 19, 2024<br>    (Addendum 1 to Supplement to PI Motion as to Count II)<br>    (Doc. 16-1) | ER-216-219 |
| 9 | Declaration of Catherine Cypher on behalf of Plaintiff America First Policy Institute, July 18, 2024<br>    (Ex. B to PI Motion as to Count II)<br>    (Doc. 14-2) | ER-220-337 |
| 10 | Declaration of Plaintiff Karen Glennon, July 17, 2024<br>    (Ex. C to PI Motion as to Count II)<br>    (Doc. 14-3) | ER-238-241 |
| 11 | Declaration of Sean Noble on behalf of Plaintiff American Encore, July 17, 2024<br>    (Ex. D to PI Motion as to Count II<br>    (Doc. 14-4) | ER-242-245 |
| 12 | Complaint, July 8, 2024<br>    (Doc. 1) | ER-246-274 |
| 13 | Response from Secretary of State's Counsel to Plaintiffs' Counsel, May 31, 2024<br>    (Ex. C to Complaint)<br>    (Doc. 1-3) | ER-275-276 |
| 14 | Response from Attorney General's Counsel to Plaintiffs' Counsel, May 31, 2024<br>    (Ex. D to Complaint)<br>    (Doc. 1-4) | ER-277-279 |
| 15 | Letter from Plaintiffs' Counsel to Attorney General and Secretary of State, May 21, 2024<br>    (Ex. B to Complaint)<br>    (Doc. 1-2) | ER-280-283 |

| Index # | Description[1] | ER Page Nos. |
|---|---|---|
| **VOLUME 3 OF 5** | | |
| 16 | State Court of Appeals Decision Partially Granting and Partially Denying Stay of Preliminary Injunction, Sept. 27, 2024[2] | ER-285-287 |
| 17 | State Court Order Clarifying Minute Entry Granting Preliminary Injunction, Aug. 8, 2024<br>(Ex. B to Defendants' Response to PI Motion as to Count II)<br>(Doc. 32-2) | ER-288-290 |
| 18 | State Court Order Granting Preliminary Injunction, Aug. 5, 2024<br>(Ex. A to Defendants' Response to PI Motion as to Count II)<br>(Doc. 32-1) | ER-291-325 |
| 19 | State Court Minute Entry regarding Evidentiary Hearing on Preliminary Injunction, July 29, 2024<br>(Ex. 4 to Defendants' Motion to Abstain as to Count II)<br>(Doc. 27-4) | ER-326-330 |

---

[2] This Arizona Court of Appeals order is not on the district court docket but is included for the Court's convenience, as it is not readily available online. *See* Fed. R. Evid. 201(b); *United States v. Black*, 482 F.3d 1035, 1041 (9th Cir. 2007) (stating that an appellate court "may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue") (citation omitted).

| Index # | Description[1] | ER Page Nos. |
|---|---|---|
| 20 | State Court Amended Complaint, April 15, 2024<br>    (Ex. 1 to Defendants' Motion to Abstain as to Count II)<br>    (Doc. 27-1) | ER-331-361 |
| | **VOLUME 4 OF 5** | |
| 21 | 2023 Elections Procedures Manual, December 2023 (excerpts)<br>    (Addendum 2 to Supplement to PI Motion as to Count II) (excerpts)<br>    (Doc. 16-2) | ER-363-415 |
| 22 | 2019 Elections Procedures Manual, December 2019 (excerpts)<br>    (Ex. A to Defendants' Motion to Dismiss Count II)<br>    (Doc. 31-1) | ER-416-424 |
| | **VOLUME 5 OF 5** | |
| 23 | Defendants' Notice of Appeal, Oct. 28, 2024<br>(Doc. 65) | ER-426-427 |
| 24 | District Court Docket Sheet | ER-428-452 |

## CERTIFICATE OF COMPLIANCE

Defendants-Appellants' Excerpts of Record-Index Volume and Volumes 1-5 comply with Federal Rule of Appellate Procedure 30 and Circuit Rule 30-1.

Dated this 6th day of January, 2025.

By <u>/s/ Joshua M. Whitaker</u>

## CERTIFICATE OF SERVICE

I certify that I presented the above and foregoing for filing and uploading to the ACMS system which will send electronic notification of such filing to all counsel of record.

Dated this 6th day of January, 2025.

<u>*/s/ Joshua M. Whitaker*</u>