**Case No. 24-6703**

---

**THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

---

AMERICAN ENCORE, *et al.*,

*Plaintiffs-Appellees,*

*v.*

ADRIAN FONTES, *et al.*,

*Defendants-Appellants.*

---

On Appeal from the United States District Court
for the District of Arizona

No. 2:24-cv-01673-MTL

---

**APPELLANTS' EXCERPTS OF RECORD – VOLUME 5 OF 5**

---

| | |
|---|---|
| Nathan T. Arrowsmith (No. 031165) | Karen J. Hartman-Tellez (No. 021121) |
| Joshua M. Whitaker (No. 032724) | Kara Karlson (No. 029407) |
| Luci D. Davis (No. 035347) | Kyle Cummings (No. 032228) |
| Nathan.Arrowsmith@azag.gov | Karen.Hartman@azag.gov |
| Joshua.Whitaker@azag.gov | Kara.Karlson@azag.gov |
| Luci.Davis@azag.gov | Kyle.Cummings@azag.gov |
| ACL@azag.gov | AdminLaw@azag.gov |

*Attorneys for Defendant/Appellant
Arizona Attorney General
Kristin K. Mayes*

*Attorneys for Defendant/Appellant
Arizona Secretary of State
Adrian Fontes*

OFFICE OF THE ARIZONA
ATTORNEY GENERAL (Firm #14000)
2005 North Central Ave.
Phoenix, Arizona 85004
(602) 542-3333

1 | **KRISTIN K. MAYES**
**ATTORNEY GENERAL**
2 | Firm State Bar No. 14000
3 |
4 | Nathan T. Arrowsmith (No. 031165)
Joshua M. Whitaker (No. 032724)
5 | Luci D. Davis (No. 035347)
Shannon Hawley Mataele (No. 029066)
6 | Office of the Arizona Attorney General
2005 N. Central Avenue
7 | Phoenix, AZ 85004-1592
(602) 542-3333
8 | Nathan.Arrowsmith@azag.gov
9 | Joshua.Whitaker@azag.gov
Luci.Davis@azag.gov
10 | Shannon.Mataele@azag.gov
ACL@azag.gov
11 |
12 | *Attorneys for Defendant Arizona*
*Attorney General Kristin K. Mayes*
13 |
14 | *(Additional Attorneys on Signature Page)*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| American Encore, an Arizona non-profit corporation; Karen Glennon, an Arizona individual; America First Policy Institute, a non-profit corporation, | No. CV-24-01673-PHX-MTL |
|---|---|
| Plaintiffs, | **NOTICE OF APPEAL OF PRELIMINARY INJUNCTION** |
| v. | |
| Adrian Fontes, in his official capacity as Arizona Secretary of State; and Kris Mayes, in her official capacity as Arizona Attorney General, | |
| Defendants. | |

ER-426

1    Defendants Arizona Secretary of State Adrian Fontes and Arizona Attorney

2  General Kristin Mayes hereby appeal to the United States Court of Appeals for the Ninth

3  Circuit the grant of preliminary injunctive relief as set forth in the Order entered in the

4  above-captioned action on September 27, 2024 (Doc. 62), which is attached hereto as

5  Exhibit A.  Defendants' Representation Statement, required by Ninth Circuit Rule 3-

6  2(b), is attached to this Notice as Exhibit B.

7    RESPECTFULLY SUBMITTED this 28th day of October, 2024.

8    **KRISTIN K. MAYES**
    **ATTORNEY GENERAL**

9

10    */s/ Joshua M. Whitaker*
11    Nathan T. Arrowsmith
    Joshua M. Whitaker
12    Luci D. Davis
    Shannon Hawley Mataele
13    Assistant Attorneys General
14    *Attorneys for Defendant Arizona*
    *Attorney General Kristin K. Mayes*
15

16    */s/ Karen J. Hartman-Tellez (w/permission)*
17    Karen J. Hartman-Tellez
    Kara Karlson
18    Kyle Cummings
    Assistant Attorneys General
19    *Attorneys for Defendant Arizona*
20    *Secretary of State Adrian Fontes*

21

22

23

24

25

26

27

28

TO ORDER COPIES OF ANY DOCUMENTS LISTED
BELOW, CALL WESTLAW COURTEXPRESS
1-877-DOC-RETR (1-877-362-7387) (Additional Charges Apply)

**This docket is current through 01/02/2025**

Today's Date: 1/2/2025
Source: U.S. District Court, District of Arizona (Phoenix Division)

| | |
|---|---|
| **Court:** | U.S. District Court, District of Arizona (Phoenix Division) |
| **Case Title:** | American Encore et al v. Fontes et al |
| **Case:** | 2:24-CV-01673 |
| **Judge:** | Judge Michael T Liburdi |
| **Date Filed:** | 07/08/2024 |
| **Other Dockets:** | Case in other court: Ninth Circuit, 24-06703 |

**CASE INFORMATION**

| | |
|---|---|
| **Case Number:** | 2:24CV01673 |
| **Jury Demand:** | None |
| **Nature of Suit:** | Civil Rights: Voting (441) |
| **Jurisdiction:** | Federal Question |
| **Cause:** | 42 USC 1983 Civil Rights Act |

**PARTICIPANT INFORMATION**

## American Encore

| | |
|---|---|
| **Party Description:** | an Arizona non-profit corporation |
| **Type:** | Plaintiff |
| **Party Terminated:** | 09/27/2024 |
| **Attorney:** | Andrew Gould |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | Holtzman Vogel Baran Torchinsky & Josefiak PLLC - Phoenix |
| **Firm Address:** | 2555 E Camelback Rd., Ste 700 |
| | Phoenix, AZ 85016 |
| **Firm Phone:** | 540-341-8808 |
| **Email Address:** | agould@holtzmanvogel.com |
| **Attorney:** | Brennan Bowen |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | Holtzman Vogel Baran Torchinsky & Josefiak PLLC - Phoenix |
| **Firm Address:** | 2555 E Camelback Rd., Ste 700 |
| | Phoenix, AZ 85016 |
| **Firm Phone:** | 540-341-8808 |
| **Email Address:** | bbowen@holtzmanvogel.com |
| **Attorney:** | Dallin Brockbank Holt |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | Holtzman Vogel Baran Torchinsky & Josefiak PLLC - Phoenix |
| **Firm Address:** | 2555 E Camelback Rd., Ste 700 |
| | Phoenix, AZ 85016 |
| **Firm Phone:** | 602-388-1262 |
| **Email Address:** | dholt@holtzmanvogel.com |
| **Attorney:** | Drew C Ensign |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |

**ER-428**

| | |
|---|---|
| **Firm Name:** | Holtzman Vogel Baran Torchinsky & Josefiak PLLC - Phoenix |
| **Firm Address:** | 2555 E Camelback Rd., Ste 700 |
| | Phoenix, AZ 85016 |
| **Firm Phone:** | 602-388-1262 |
| **Email Address:** | densign@holtzmanvogel.com |
| **Attorney:** | Jessica Elizabeth Hart Steinmann |
| **Status:** | LEAD ATTORNEY; PRO HAC VICE; ATTORNEY TO BE NOTICED |
| **Attorney Address:** | America First Policy Institute |
| | 1001 Pennsylvania Ave. NW, Ste. 530 |
| | Washington, DC 20004 |
| **Attorney Phone:** | 832-535-7332 |
| **Email Address:** | jsteinmann@americafirstpolicy.com |
| **Attorney:** | Michael D Berry |
| **Status:** | LEAD ATTORNEY; PRO HAC VICE; ATTORNEY TO BE NOTICED |
| **Attorney Address:** | America First Policy Institute |
| | 1001 Pennsylvania Ave. NW, Ste. 530 |
| | Washington, DC 20004 |
| **Attorney Phone:** | 214-695-4130 |
| **Email Address:** | mberry@americafirstpolicy.com |
| **Attorney:** | Patricia Nation |
| **Status:** | LEAD ATTORNEY; PRO HAC VICE; ATTORNEY TO BE NOTICED |
| **Attorney Address:** | America First Policy Institute |
| | 1001 Pennsylvania Ave. NW, Ste. 530 |
| | Washington, DC 20004 |
| **Attorney Phone:** | 202-676-7786 |
| **Email Address:** | pnation@americafirstpolicy.com |
| **Attorney:** | Richard P Lawson |
| **Status:** | LEAD ATTORNEY; PRO HAC VICE; ATTORNEY TO BE NOTICED |
| **Attorney Address:** | America First Policy Institute |
| | 1455 Pennsylvania Ave., Ste. 1200 |
| | Washington, DC 20004 |
| **Attorney Phone:** | 813-952-8882 |
| **Email Address:** | rlawson@americafirstpolicy.com |

## Karen Glennon

| | |
|---|---|
| **Party Description:** | an Arizona individual |
| **Type:** | Plaintiff |
| **Attorney:** | Andrew Gould |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | Holtzman Vogel Baran Torchinsky & Josefiak PLLC - Phoenix |
| **Firm Address:** | 2555 E Camelback Rd., Ste 700 |
| | Phoenix, AZ 85016 |
| **Firm Phone:** | 540-341-8808 |
| **Email Address:** | agould@holtzmanvogel.com |
| **Attorney:** | Brennan Bowen |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | Holtzman Vogel Baran Torchinsky & Josefiak PLLC - Phoenix |
| **Firm Address:** | 2555 E Camelback Rd., Ste 700 |
| | Phoenix, AZ 85016 |
| **Firm Phone:** | 540-341-8808 |
| **Email Address:** | bbowen@holtzmanvogel.com |
| **Attorney:** | Dallin Brockbank Holt |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | Holtzman Vogel Baran Torchinsky & Josefiak PLLC - Phoenix |
| **Firm Address:** | 2555 E Camelback Rd., Ste 700 |

**ER-429**

| | |
|---|---|
| | Phoenix, AZ 85016 |
| **Firm Phone:** | 602-388-1262 |
| **Email Address:** | dholt@holtzmanvogel.com |
| **Attorney:** | Drew C Ensign |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | Holtzman Vogel Baran Torchinsky & Josefiak PLLC - Phoenix |
| **Firm Address:** | 2555 E Camelback Rd., Ste 700 |
| | Phoenix, AZ 85016 |
| **Firm Phone:** | 602-388-1262 |
| **Email Address:** | densign@holtzmanvogel.com |
| **Attorney:** | Jessica Elizabeth Hart Steinmann |
| **Status:** | LEAD ATTORNEY; PRO HAC VICE; ATTORNEY TO BE NOTICED |
| **Attorney Address:** | America First Policy Institute |
| | 1001 Pennsylvania Ave. NW, Ste. 530 |
| | Washington, DC 20004 |
| **Attorney Phone:** | 832-535-7332 |
| **Email Address:** | jsteinmann@americafirstpolicy.com |
| **Attorney:** | Michael D Berry |
| **Status:** | LEAD ATTORNEY; PRO HAC VICE; ATTORNEY TO BE NOTICED |
| **Attorney Address:** | America First Policy Institute |
| | 1001 Pennsylvania Ave. NW, Ste. 530 |
| | Washington, DC 20004 |
| **Attorney Phone:** | 214-695-4130 |
| **Email Address:** | mberry@americafirstpolicy.com |
| **Attorney:** | Patricia Nation |
| **Status:** | LEAD ATTORNEY; PRO HAC VICE; ATTORNEY TO BE NOTICED |
| **Attorney Address:** | America First Policy Institute |
| | 1001 Pennsylvania Ave. NW, Ste. 530 |
| | Washington, DC 20004 |
| **Attorney Phone:** | 202-676-7786 |
| **Email Address:** | pnation@americafirstpolicy.com |
| **Attorney:** | Richard P Lawson |
| **Status:** | LEAD ATTORNEY; PRO HAC VICE; ATTORNEY TO BE NOTICED |
| **Attorney Address:** | America First Policy Institute |
| | 1455 Pennsylvania Ave., Ste. 1200 |
| | Washington, DC 20004 |
| **Attorney Phone:** | 813-952-8882 |
| **Email Address:** | rlawson@americafirstpolicy.com |

## America First Policy Institute

| | |
|---|---|
| **Party Description:** | a non-profit corporation |
| **Type:** | Plaintiff |
| **Attorney:** | Andrew Gould |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | Holtzman Vogel Baran Torchinsky & Josefiak PLLC - Phoenix |
| **Firm Address:** | 2555 E Camelback Rd., Ste 700 |
| | Phoenix, AZ 85016 |
| **Firm Phone:** | 540-341-8808 |
| **Email Address:** | agould@holtzmanvogel.com |
| **Attorney:** | Brennan Bowen |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | Holtzman Vogel Baran Torchinsky & Josefiak PLLC - Phoenix |
| **Firm Address:** | 2555 E Camelback Rd., Ste 700 |
| | Phoenix, AZ 85016 |
| **Firm Phone:** | 540-341-8808 |

**ER-430**

American Encore et al v. Fontes et al, 2:24CV01673 (2024)

| | |
|---|---|
| Email Address: | bbowen@holtzmanvogel.com |
| Attorney: | Dallin Brockbank Holt |
| Status: | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| Firm Name: | Holtzman Vogel Baran Torchinsky & Josefiak PLLC - Phoenix |
| Firm Address: | 2555 E Camelback Rd., Ste 700 |
| | Phoenix, AZ 85016 |
| Firm Phone: | 602-388-1262 |
| Email Address: | dholt@holtzmanvogel.com |
| Attorney: | Drew C Ensign |
| Status: | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| Firm Name: | Holtzman Vogel Baran Torchinsky & Josefiak PLLC - Phoenix |
| Firm Address: | 2555 E Camelback Rd., Ste 700 |
| | Phoenix, AZ 85016 |
| Firm Phone: | 602-388-1262 |
| Email Address: | densign@holtzmanvogel.com |
| Attorney: | Jessica Elizabeth Hart Steinmann |
| Status: | LEAD ATTORNEY; PRO HAC VICE; ATTORNEY TO BE NOTICED |
| Attorney Address: | America First Policy Institute |
| | 1001 Pennsylvania Ave. NW, Ste. 530 |
| | Washington, DC 20004 |
| Attorney Phone: | 832-535-7332 |
| Email Address: | jsteinmann@americafirstpolicy.com |
| Attorney: | Michael D Berry |
| Status: | LEAD ATTORNEY; PRO HAC VICE; ATTORNEY TO BE NOTICED |
| Attorney Address: | America First Policy Institute |
| | 1001 Pennsylvania Ave. NW, Ste. 530 |
| | Washington, DC 20004 |
| Attorney Phone: | 214-695-4130 |
| Email Address: | mberry@americafirstpolicy.com |
| Attorney: | Patricia Nation |
| Status: | LEAD ATTORNEY; PRO HAC VICE; ATTORNEY TO BE NOTICED |
| Attorney Address: | America First Policy Institute |
| | 1001 Pennsylvania Ave. NW, Ste. 530 |
| | Washington, DC 20004 |
| Attorney Phone: | 202-676-7786 |
| Email Address: | pnation@americafirstpolicy.com |
| Attorney: | Richard P Lawson |
| Status: | LEAD ATTORNEY; PRO HAC VICE; ATTORNEY TO BE NOTICED |
| Attorney Address: | America First Policy Institute |
| | 1455 Pennsylvania Ave., Ste. 1200 |
| | Washington, DC 20004 |
| Attorney Phone: | 813-952-8882 |
| Email Address: | rlawson@americafirstpolicy.com |

## Alfred Lomahquahu

| | |
|---|---|
| Type: | Movant |
| Party Terminated: | 07/19/2024 |
| Attorney: | James Evans Barton II |
| Status: | LEAD ATTORNEY; PRO HAC VICE; ATTORNEY TO BE NOTICED |
| Firm Name: | Barton Mendez Soto PLLC |
| Firm Address: | 401 W Baseline Rd., Ste, 205 |
| | Tempe, AZ 85283 |
| Firm Phone: | 480-550-5165 |
| Email Address: | james@bartonmendezsoto.com |
| Attorney: | Julie Zuckerbrod |

WESTLAW  © 2025 Thomson Reuters. No claim to original U.S. Government Works.    4

| | |
|---|---|
| **Status:** | LEAD ATTORNEY; PRO HAC VICE; ATTORNEY TO BE NOTICED |
| **Firm Name:** | Elias Law Group LLP - Washington, DC |
| **Firm Address:** | 250 Massachusetts Ave NW, Ste. 400 |
| | Washington, DC 20001 |
| **Firm Phone:** | 203-451-1615 |
| **Email Address:** | jzuckerbrod@elias.law |
| **Attorney:** | Lalitha Madduri |
| **Status:** | LEAD ATTORNEY; PRO HAC VICE; ATTORNEY TO BE NOTICED |
| **Firm Name:** | Elias Law Group LLP - Washington, DC |
| **Firm Address:** | 250 Massachusetts Ave NW, Ste. 400 |
| | Washington, DC 20001 |
| **Firm Phone:** | 202-968-4593 |
| **Email Address:** | lmadduri@elias.law |
| **Attorney:** | Marisa O'Gara |
| **Status:** | LEAD ATTORNEY; PRO HAC VICE; ATTORNEY TO BE NOTICED |
| **Firm Name:** | Elias Law Group LLP - Washington, DC |
| **Firm Address:** | 250 Massachusetts Ave NW, Ste. 400 |
| | Washington, DC 20001 |
| **Firm Phone:** | 202-987-5096 |
| **Email Address:** | mogara@elias.law |
| **Attorney:** | Richard Alexander Medina |
| **Status:** | LEAD ATTORNEY; PRO HAC VICE; ATTORNEY TO BE NOTICED |
| **Firm Name:** | Elias Law Group LLP - Washington, DC |
| **Firm Address:** | 250 Massachusetts Ave NW, Ste. 400 |
| | Washington, DC 20001 |
| **Firm Phone:** | 202-987-5010 |
| **Email Address:** | rmedina@elias.law |

## Stephani Stephenson

| | |
|---|---|
| **Type:** | Movant |
| **Party Terminated:** | 07/19/2024 |
| **Attorney:** | James Evans Barton II |
| **Status:** | LEAD ATTORNEY; PRO HAC VICE; ATTORNEY TO BE NOTICED |
| **Firm Name:** | Barton Mendez Soto PLLC |
| **Firm Address:** | 401 W Baseline Rd., Ste, 205 |
| | Tempe, AZ 85283 |
| **Firm Phone:** | 480-550-5165 |
| **Email Address:** | james@bartonmendezsoto.com |
| **Attorney:** | Julie Zuckerbrod |
| **Status:** | LEAD ATTORNEY; PRO HAC VICE; ATTORNEY TO BE NOTICED |
| **Firm Name:** | Elias Law Group LLP - Washington, DC |
| **Firm Address:** | 250 Massachusetts Ave NW, Ste. 400 |
| | Washington, DC 20001 |
| **Firm Phone:** | 203-451-1615 |
| **Email Address:** | jzuckerbrod@elias.law |
| **Attorney:** | Lalitha Madduri |
| **Status:** | LEAD ATTORNEY; PRO HAC VICE; ATTORNEY TO BE NOTICED |
| **Firm Name:** | Elias Law Group LLP - Washington, DC |
| **Firm Address:** | 250 Massachusetts Ave NW, Ste. 400 |
| | Washington, DC 20001 |
| **Firm Phone:** | 202-968-4593 |
| **Email Address:** | lmadduri@elias.law |
| **Attorney:** | Marisa O'Gara |
| **Status:** | LEAD ATTORNEY; PRO HAC VICE; ATTORNEY TO BE NOTICED |
| **Firm Name:** | Elias Law Group LLP - Washington, DC |

| | |
|---|---|
| **Firm Address:** | 250 Massachusetts Ave NW, Ste. 400 |
| | Washington, DC 20001 |
| **Firm Phone:** | 202-987-5096 |
| **Email Address:** | mogara@elias.law |
| **Attorney:** | Richard Alexander Medina |
| **Status:** | LEAD ATTORNEY; PRO HAC VICE; ATTORNEY TO BE NOTICED |
| **Firm Name:** | Elias Law Group LLP - Washington, DC |
| **Firm Address:** | 250 Massachusetts Ave NW, Ste. 400 |
| | Washington, DC 20001 |
| **Firm Phone:** | 202-987-5010 |
| **Email Address:** | rmedina@elias.law |

## Arizona Alliance for Americans Retired

| | |
|---|---|
| **Type:** | Movant |
| **Party Terminated:** | 07/19/2024 |
| **Attorney:** | James Evans Barton II |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | Barton Mendez Soto PLLC |
| **Firm Address:** | 401 W Baseline Rd., Ste, 205 |
| | Tempe, AZ 85283 |
| **Firm Phone:** | 480-550-5165 |
| **Email Address:** | james@bartonmendezsoto.com |
| **Attorney:** | Julie Zuckerbrod |
| **Status:** | LEAD ATTORNEY; PRO HAC VICE; ATTORNEY TO BE NOTICED |
| **Firm Name:** | Elias Law Group LLP - Washington, DC |
| **Firm Address:** | 250 Massachusetts Ave NW, Ste. 400 |
| | Washington, DC 20001 |
| **Firm Phone:** | 203-451-1615 |
| **Email Address:** | jzuckerbrod@elias.law |
| **Attorney:** | Lalitha Madduri |
| **Status:** | LEAD ATTORNEY; PRO HAC VICE; ATTORNEY TO BE NOTICED |
| **Firm Name:** | Elias Law Group LLP - Washington, DC |
| **Firm Address:** | 250 Massachusetts Ave NW, Ste. 400 |
| | Washington, DC 20001 |
| **Firm Phone:** | 202-968-4593 |
| **Email Address:** | lmadduri@elias.law |
| **Attorney:** | Marisa O'Gara |
| **Status:** | LEAD ATTORNEY; PRO HAC VICE; ATTORNEY TO BE NOTICED |
| **Firm Name:** | Elias Law Group LLP - Washington, DC |
| **Firm Address:** | 250 Massachusetts Ave NW, Ste. 400 |
| | Washington, DC 20001 |
| **Firm Phone:** | 202-987-5096 |
| **Email Address:** | mogara@elias.law |
| **Attorney:** | Richard Alexander Medina |
| **Status:** | LEAD ATTORNEY; PRO HAC VICE; ATTORNEY TO BE NOTICED |
| **Firm Name:** | Elias Law Group LLP - Washington, DC |
| **Firm Address:** | 250 Massachusetts Ave NW, Ste. 400 |
| | Washington, DC 20001 |
| **Firm Phone:** | 202-987-5010 |
| **Email Address:** | rmedina@elias.law |

American Encore et al v. Fontes et al, 2:24CV01673 (2024)

## Adrian Fontes

| | |
|---|---|
| **Party Description:** | in his official capacity as Arizona Secretary of State |
| **Type:** | Defendant |
| **Attorney:** | Joshua Michael Whitaker |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | Office of the Attorney General - Phoenix |
| **Firm Address:** | 2005 N Central Ave. |
| | Phoenix, AZ 85004 |
| **Firm Phone:** | 602-542-7738 |
| **Email Address:** | Joshua.Whitaker@azag.gov |
| **Attorney:** | Kara Karlson |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | Office of the Attorney General - Phoenix |
| **Firm Address:** | 2005 N Central Ave. |
| | Phoenix, AZ 85004-1592 |
| **Firm Phone:** | 602-542-8118 |
| **Firm Fax:** | 602-542-8308 |
| **Email Address:** | AdminLaw@azag.gov |
| **Attorney:** | Karen J Hartman-Tellez |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | Office of the Attorney General - Phoenix |
| **Firm Address:** | 2005 N Central Ave. |
| | Phoenix, AZ 85004 |
| **Firm Phone:** | 602-542-8326 |
| **Email Address:** | karen.hartman@azag.gov |
| **Attorney:** | Kyle Cummings |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | Office of the Attorney General - Phoenix |
| **Firm Address:** | 2005 N Central Ave. |
| | Phoenix, AZ 85004-1592 |
| **Firm Phone:** | 602-542-8323 |
| **Firm Fax:** | 602-542-4385 |
| **Email Address:** | kyle.cummings@azag.gov |

## Kris Mayes

| | |
|---|---|
| **Party Description:** | in her official capacity as Arizona Attorney General |
| **Type:** | Defendant |
| **Party Terminated:** | 09/27/2024 |
| **Attorney:** | Joshua Michael Whitaker |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | Office of the Attorney General - Phoenix |
| **Firm Address:** | 2005 N Central Ave. |
| | Phoenix, AZ 85004 |
| **Firm Phone:** | 602-542-7738 |
| **Email Address:** | Joshua.Whitaker@azag.gov |
| **Attorney:** | Luci Danielle Davis |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | Office of the Attorney General - Phoenix |
| **Firm Address:** | 2005 N Central Ave. |
| | Phoenix, AZ 85004 |

ER-434

| | |
|---|---|
| **Firm Phone:** | 602-542-7751 |
| **Email Address:** | Luci.Davis@azag.gov |
| **Attorney:** | Nathan T Arrowsmith |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | Office of the Attorney General - Phoenix |
| **Firm Address:** | 2005 N Central Ave. |
| | Phoenix, AZ 85004 |
| **Firm Phone:** | 602-542-8636 |
| **Email Address:** | Nathan.Arrowsmith@azag.gov |
| **Attorney:** | Shannon Mataele |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | Office of the Attorney General - Phoenix |
| **Firm Address:** | 2005 N Central Ave. |
| | Phoenix, AZ 85004 |
| **Firm Phone:** | 602-471-5050 |
| **Email Address:** | shannon.mataele@azag.gov |

## Katie Hobbs

| | |
|---|---|
| **Party Description:** | in her official capacity as Governor of Arizona |
| **Type:** | Defendant |
| **Party Terminated:** | 07/29/2024 |
| **Attorney:** | Austin Clark Yost |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | Coppersmith Brockelman PLC |
| **Firm Address:** | 2800 N Central Ave., Ste. 1900 |
| | Phoenix, AZ 85004 |
| **Firm Phone:** | 602-381-5485 |
| **Firm Fax:** | 602-224-6020 |
| **Email Address:** | ayost@cblawyers.com |
| **Attorney:** | David Andrew Gaona |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | Coppersmith Brockelman PLC |
| **Firm Address:** | 2800 N Central Ave., Ste. 1900 |
| | Phoenix, AZ 85004 |
| **Firm Phone:** | 602-381-5481 |
| **Email Address:** | Agaona@cblawyers.com |
| **Attorney:** | Noah Gabrielsen |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Attorney Address:** | Office of the Governor of the State of Arizona |
| | 1700 W Washington St., Executive Tower, 9th Fl. |
| | Phoenix, AZ 85007 |
| **Attorney Phone:** | 602-542-6578 |
| **Email Address:** | ngabrielsen@az.gov |
| **Attorney:** | Sambo Dul |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Attorney Address:** | Office of the Governor of the State of Arizona |
| | 1700 W Washington St., Executive Tower, 9th Fl. |
| | Phoenix, AZ 85007 |
| **Attorney Phone:** | 602-542-6578 |
| **Email Address:** | bdul@az.gov |

## CALENDAR INFORMATION

**View Calendar Information**

American Encore et al v. Fontes et al, 2:24CV01673 (2024)

**DOCKET PROCEEDINGS (70)**

| Entry #: | Date: | Description: | Docket Status |
|---|---|---|---|
| 66 | 11/05/2024 | USCA Case Number re: 65 Notice of Interlocutory Appeal. Case number 24-6703, Ninth Circuit. (DXD) (Entered: 11/05/2024) | View   Add to request |
| 65 | 10/28/2024 | NOTICE OF INTERLOCUTORY APPEAL to 9th Circuit Court of Appeals re: 62 Order by Adrian Fontes, Kris Mayes. Filing fee received: $605.00, receipt number AAZDC-23613764. (Attachments: # 1 Exhibit, # 2 Exhibit)(Whitaker, Joshua) (Entered: 10/28/2024) | View   Add to request |
| 64 | 10/28/2024 | *Representation Statement re: 65 NOTICE OF INTERLOCUTORY APPEAL filed by Kris Mayes, Adrian Fontes. (Attachments: # 1 Exhibit, # 2 Exhibit)(Whitaker, Joshua) *Modified to correct event and text on 10/29/2024 (REK). (Entered: 10/28/2024) | View   Add to request |
| 63 | 10/11/2024 | Defendants' ANSWER to 1 Complaint, by Adrian Fontes, Kris Mayes.(Arrowsmith, Nathan) (Entered: 10/11/2024) | Docket Status   View   Add to request |
| 62 | 09/27/2024 | ORDER that Defendants' 27 Motion to Abstain as to Count II is denied. IT IS FURTHER ORDERED that Defendants' 33 Motion to Dismiss Count I is granted in part. American Encore is dismissed as a plaintiff for lack of standing. The Attorney General is dismissed as a defendant pursuant to Federal Rule of Civil Procedure 12(b)(6). IT IS FURTHER ORDERED that Defendants 31 Motion to Dismiss Count II is denied. IT IS FURTHER ORDERED that Plaintiffs' 26 Motion for Preliminary Injunction as to Count I is granted. Defendants are enjoined from enforcing the Canvass Provision during the pendency of this litigation. IT IS FURTHER ORDERED that Plaintiffs' 14 Motion for Preliminary Injunction as to Count II is granted. Defendants are enjoined from enforcing the Speech Provision during the | Docket Status   View   Add to request |

ER-436

| | | pendency of this litigation. IT IS FINALLY ORDERED that Defendants must answer the Complaint within fourteen (14) days of the date of this Order. Signed by Judge Michael T. Liburdi on 9/27/2024. (ESG) (Entered: 09/27/2024) | |
| --- | --- | --- | --- |
| 61 | 09/24/2024 | NOTICE re: Notice of Secretary Declaration and Appellate Status of State Case by Kris Mayes re: 52 Notice (Other),. (Attachments: # 1 Exhibit) (Whitaker, Joshua) (Entered: 09/24/2024) | View    Add to request |
| 60 | 09/23/2024 | BRIEF re: 57 Order,, Plaintiffs' Supplemental Brief Re AARA v. Mayes by Plaintiffs America First Policy Institute, American Encore, Karen Glennon. (Gould, Andrew) (Entered: 09/23/2024) | Docket Status<br>View    Add to request |
| 59 | 09/23/2024 | BRIEF re: 57 Order,, Defendants Supplemental Brief in Response to Court Order, Doc. 57 by Defendants Adrian Fontes, Kris Mayes. (Davis, Luci) (Entered: 09/23/2024) | Docket Status<br>View    Add to request |
| 58 | 09/23/2024 | NOTICE re: Notice of Appellate Status of State Case Related to Count Two by America First Policy Institute, American Encore, Karen Glennon. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Gould, Andrew) (Entered: 09/23/2024) | View    Add to request |
| 57 | 09/20/2024 | ORDER: IT IS ORDERED that the parties may file simultaneous supplemental briefs on the Ninth Circuit Court of Appeals' decision in Arizona Alliance for Retired Americans v. Mayes, No. 22-16490, no later than 5:00 p.m. on Monday, September 23, 2024. Supplemental briefs are limited to 7 pages. No response briefs will be permitted. In particular, the Court is interested in the parties' responses to the following issues: whether Plaintiffs America First Policy Institute and American Encore have Article III standing to challenge the Speech Provision and on what basis. Ordered by Judge Michael T Liburdi on 9/20/2024. This is a TEXT ENTRY ONLY. There is no | Send Runner to Court |

| | | PDF document associated with this entry. (LMR) (Entered: 09/20/2024) | |
|---|---|---|---|
| 56 | 09/17/2024 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of HEARING ON PENDING MOTIONS Proceeding held on 9/12/2024 before Honorable Judge Michael T. Liburdi. Court Reporter: Cathy J. Taylor, RMR, CRR, CRC, Telephone number (602)322-7249. The ordering party receives the transcript directly from the Court Reporter. Therefore, transcripts should not be viewed through Pacer. A non-ordering party may view a transcript at the court's public terminal or purchased through the Court Reporter/Transcriber by filing a Transcript Order Form on the docket before the deadline for Release of Transcript Restriction. After that date it may be obtained through Pacer. Redaction Request due 10/8/2024. Redacted Transcript Deadline set for 10/18/2024. Release of Transcript Restriction set for 12/16/2024. (SCH) (Entered: 09/17/2024) | Docket Status [View] [Add to request] |
| 55 | 09/13/2024 | TRANSCRIPT REQUEST by Kris Mayes for proceedings held on 09/12/2024, Judge Michael T Liburdi hearing judge(s). (Whitaker, Joshua) (Entered: 09/13/2024) | Docket Status [View] [Add to request] |
| 54 | 09/12/2024 | MINUTE ENTRY for proceedings held before Judge Michael T. Liburdi: Motion Hearing held on 9/12/2024. Argument is presented. Recess taken. Further argument is presented. Plaintiffs' Motion for Preliminary Injunction (Doc. 14 ), Plaintiffs' Motion for Preliminary Injunction Regarding EPM Vote Nullification Provision (Doc. 26 ), Defendants' Motion to Abstain as to Count Two (Doc. 27 ), Attorney General's Motion to Dismiss Count 2 of the Complaint with Prejudice (Doc. 31 ) and Arizona Secretary of State's Motion to Dismiss (Doc. 33 ) are taken under advisement. APPEARANCES: | [Send Runner to Court] |

|  |  | Drew Ensign, Brennan Bowen and Andrew Gould for Plaintiffs. Karen Hartman-Tellez, Kara Karlson, Kyle Cummings, Nathan Arrowsmith, Luci Davis, Shannon Mataele and Joshua Whitaker for Defendants. (Court Reporter Cathy Taylor.) Hearing held 9:12 AM to 10:29 AM and 10:44 AM to 11:24 AM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LMR) (Entered: 09/12/2024) |  |
|---|---|---|---|
| 53 | 09/12/2024 | TRANSCRIPT REQUEST by America First Policy Institute, American Encore, Karen Glennon for proceedings held on 9/12/2024, Judge Michael T Liburdi hearing judge(s). (Gould, Andrew) (Entered: 09/12/2024) | View   Add to request |
| 52 | 09/11/2024 | NOTICE re: Notice of Appellate Status of State Case Related to Count Two by Kris Mayes re: 49 Reply to Response to Motion, 41 Response in Opposition to Motion, 27 MOTION for this Court to abstain from further consideration of the merits of Count Two until the state court proceedings have concluded. (Attachments: # 1 Exhibit 1) (Whitaker, Joshua) (Entered: 09/11/2024) | View   Add to request |
| 51 | 09/05/2024 | REPLY to Response to Motion re: 33 MOTION to Dismiss for Lack of Jurisdiction and Failure to State a Claim MOTION to Dismiss for Failure to State a Claim Regarding Count 1 filed by Adrian Fontes. (Hartman-Tellez, Karen) (Entered: 09/05/2024) | Docket Status   View   Add to request |
| 50 | 09/05/2024 | REPLY to Response to Motion re: 31 MOTION to Dismiss Counts/Claims : Count 2 of the Complaint with Prejudice filed by Kris Mayes. (Davis, Luci) (Entered: 09/05/2024) | View   Add to request |
| 49 | 09/05/2024 | REPLY to Response to Motion re: 27 MOTION for this Court to abstain from further consideration of the merits of Count Two until the state court proceedings have concluded filed by Kris Mayes, Adrian Fontes. (Whitaker, Joshua) *Modified to add filer | Docket Status   View   Add to request |

American Encore et al v. Fontes et al, 2:24CV01673 (2024)

| 48 | 08/29/2024 | on 9/6/2024 (EJA). (Entered: 09/05/2024) NOTICE re: Notice of Supplemental Authority by America First Policy Institute, American Encore, Karen Glennon. (Attachments: # 1 Attachment)(Gould, Andrew) (Entered: 08/29/2024) | View | Add to request |
| --- | --- | --- | --- | --- |

ER-440

American Encore et al v. Fontes et al, 2:24CV01673 (2024)

| | | | | |
|---|---|---|---|---|
| 47 | 08/29/2024 | Plaintiff's Consolidated RESPONSE to Motion re: 31 MOTION to Dismiss, 33 MOTION to Dismiss for Lack of Jurisdiction, MOTION to Dismiss for Failure to State a Claim, and REPLY in Support of 14 MOTION for Preliminary Injunction, 26 MOTION for Preliminary Injunction filed by America First Policy Institute, American Encore, Karen Glennon. (Attachments: # 1 Attachment)(EJA) (Entered: 08/29/2024) | View | Add to request |
| 46 | 08/29/2024 | ORDER granting Plaintiffs' Motion for Leave to File a Consolidated Response/Reply Brief (Doc. 44 ). FURTHER ORDERED directing the Clerk of the Court to file Plaintiffs' lodged Consolidated Response to Defendants' Motions to Dismiss and Reply in Support of Their Motions for Preliminary Injunctions. Signed by Judge Michael T Liburdi on 8/29/24. (EJA) (Entered: 08/29/2024) | Docket Status View | Add to request |
| 45 | 08/28/2024 | *FILED at (Doc. 47]) LODGED Proposed Plaintiffs' Consolidated Response to Defendants' Motions to Dismiss and Reply in Support of Their Motions for Preliminary Injunctions re: 33 MOTION to Dismiss for Lack of Jurisdiction and Failure to State a Claim MOTION to Dismiss for Failure to State a Claim, 31 MOTION to Dismiss Counts/ Claims : Count 2 of the Complaint with Prejudice. Document to be filed by Clerk if Motion or Stipulation for Leave to File or Amend is granted. Filed by America First Policy Institute, American Encore, Karen Glennon. (Attachments: # 1 Attachment)(Gould, Andrew) Modified on 8/29/2024 (EJA). (Entered: 08/28/2024) | View | Add to request |
| 44 | 08/28/2024 | MOTION for Leave to File by America First Policy Institute, American Encore, Karen Glennon. (Attachments: # 1 Proposed Order, # 2 Attachment, # 3 Attachment) (Gould, Andrew) (Entered: 08/28/2024) | View | Add to request |
| 43 | 08/26/2024 | ORDER granting Stipulation for Extension (Doc. 42 ). ORDERED that Plaintiffs shall file their responses to Defendants' motions to dismiss (Docs. 31 , 33 ) and replies in support of their motions | Docket Status View | Add to request |

ER-441

for preliminary injunction (Docs. 14 , 26 ) no later than 12:00 p.m. on August 28, 2024. FURTHER ORDERED that Defendants shall file their replies in support of their motions to dismiss on or before September 5, 2024. FURTHER ORDERED that Defendants shall file their reply in support of their Motion to Abstain as to Count Two (Doc. 27 ) on or before September 5, 2024. Signed by Judge Michael T Liburdi on 8/23/24. (EJA) (Entered: 08/26/2024)

| 42 | 08/22/2024 | STIPULATION for Extension of Deadlines (First Request) by Kris Mayes. (Attachments: # 1 Proposed Order re Stipulation for Extension of Deadlines (First Request)) (Arrowsmith, Nathan) (Entered: 08/22/2024) | View   Add to request |
| --- | --- | --- | --- |
| 41 | 08/19/2024 | RESPONSE in Opposition re: 27 MOTION for this Court to abstain from further consideration of the merits of Count Two until the state court proceedings have concluded filed by America First Policy Institute, American Encore, Karen Glennon. (Attachments: # 1 Exhibit A)(Gould, Andrew) (Entered: 08/19/2024) | View   Add to request |
| 40 | 08/19/2024 | NOTICE OF ATTORNEY'S CHANGE OF ADDRESS/EMAIL/ FIRM NAME by Andrew Gould. (Gould, Andrew) (Entered: 08/19/2024) | Docket Status  View   Add to request |
| 39 | 08/16/2024 | BRIEF AMICI CURIAE by Movants Arizona Alliance for Retired Americans, Alfred Lomahquahu, Stephani Stephenson. (Barton, James) (Entered: 08/16/2024) | Docket Status  View   Add to request |
| 38 | 08/16/2024 | ORDERA motion hearing in the above case is scheduled for Thursday, 9/12/2024 at 9:00 a.m. in Courtroom 504, before the Honorable Michael T. Liburdi, 401 WestWashington Street, Phoenix, Arizona 85003. IT IS ORDERED that the parties shall be prepared to argue all motions currently before the Court which are Plaintiffs' Motion for Preliminary Injunction (Doc. 14 ), Plaintiffs' Motion for Preliminary Injunction Regarding EPM Vote Nullification Provision (Doc. 26 ), Defendants' Motion to Abstain as to Count Two (Doc. 27 ), AttorneyGeneral's | View   Add to request |

|   |   |   |   |
|---|---|---|---|
| | | Motion to Dismiss Count 2 of the Complaint with Prejudice (Doc. 31 ), and Arizona Secretary of State's Motion to Dismiss (Doc. 33 ). Oral argument will be limited to a total of three hours. Signed by Judge Michael T. Liburdi on 8/16/2024. (ESG) (Entered: 08/16/2024) | |
| 37 | 08/12/2024 | AMENDED TRANSCRIPT REQUEST pursuant to 36 Notice of Deficiency by America First Policy Institute, American Encore, Karen Glennon for proceedings held on 7/19/2024, Judge Michael T Liburdi hearing judge(s). (Gould, Andrew) (Entered: 08/12/2024) | Docket Status  View   Add to request |
| 36 | 08/12/2024 | NOTICE TO FILER OF DEFICIENCY re: AO435 35 Transcript Request filed by America First Policy Institute, Karen Glennon, American Encore. Item 18 - ORDER: E-mail address not provided where e-mail copy should be sent. Document not in compliance with LRCiv 5.5(g) - Documents signed by an attorney shall be filed using that attorney's ECF log-in and password and shall not be filed using a log-in and password belonging to another attorney. Document(s) signed by Drew Ensign but submitted using the log-in and password belonging to Andrew Gould. FOLLOW-UP ACTION REQUIRED: 1) Please refile and provide an email address for delivery. 2) Please refile Transcript Request with name/signature (sections 1 & 19 of the AO435 form) matching the name of the ECF registered user under whose credentials the document will be re-submitted under. Deficiency must be corrected within one business day of this notice. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (RAP) (Entered: 08/12/2024) | Send Runner to Court |
| 35 | 08/12/2024 | TRANSCRIPT REQUEST by America First Policy Institute, American Encore, Karen Glennon for proceedings held on 7/19/2024, Judge Michael T Liburdi hearing judge(s). (Gould, Andrew) (Entered: 08/12/2024) | Docket Status  View   Add to request |
| 34 | 08/09/2024 | RESPONSE to Motion re: 26 MOTION for Preliminary Injunction | Docket Status  View   Add to request |

| | | | |
|---|---|---|---|
| | | Regarding Count 1, MOTION to Dismiss filed by Adrian Fontes. (Hartman-Tellez, Karen) *Modified to add motion part on 8/26/2024 (EJA). (Entered: 08/09/2024) | |
| 33 | 08/09/2024 | *MOTION to Dismiss for Lack of Jurisdiction and MOTION to Dismiss for Failure to State a Claim by Adrian Fontes. (Hartman-Tellez, Karen). *Added MOTION to Dismiss for Failure to State a Claim on 8/12/2024 (EJA). (Entered: 08/09/2024) | Docket Status  [View] [Add to request] |
| 32 | 08/09/2024 | RESPONSE to Motion re: 14 MOTION for Preliminary Injunction As to Count Two filed by Kris Mayes. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Whitaker, Joshua) (Entered: 08/09/2024) | [View] [Add to request] |
| 31 | 08/09/2024 | MOTION to Dismiss Counts/ Claims : Count 2 of the Complaint with Prejudice by Kris Mayes. (Attachments: # 1 Exhibit A, # 2 Certification of Conferral)(Davis, Luci) (Entered: 08/09/2024) | [View] [Add to request] |
| 30 | 08/07/2024 | SERVICE EXECUTED filed by America First Policy Institute, American Encore, Karen Glennon: Certificate of Service re: Summons & Complaint, Civil Cover Sheet, Plaintiffs' Corporate Disclosure Statement, Notice of Availability of a Magistrate Judge to Exercise Jurisdiction upon Adrian Fontes, in his official capacity as the Arizona Secretary of State on 7/15/24. (Gould, Andrew) (Entered: 08/07/2024) | Docket Status  [View] [Add to request] |
| 29 | 08/07/2024 | SERVICE EXECUTED filed by America First Policy Institute, American Encore, Karen Glennon: Certificate of Service re: Summons & Complaint, Civil Cover Sheet, Plaintiffs' Corporate Disclosure Statement, Notice of Availability of a Magistrate Judge to Exercise Jurisdiction upon Kris Mayes, in her official capacity as Arizona Attorney General on 7/15/24. (Gould, Andrew) (Entered: 08/07/2024) | Docket Status  [View] [Add to request] |
| 28 | 08/07/2024 | SERVICE EXECUTED filed by America First Policy Institute, American Encore, Karen Glennon: Certificate of Service re: Summons & Complaint, Civil Cover Sheet, Plaintiffs' Corporate Disclosure Statement, Notice of Availability of a Magistrate Judge to Exercise | Docket Status  [View] [Add to request] |

ER-444

American Encore et al v. Fontes et al, 2:24CV01673 (2024)

| | | | |
|---|---|---|---|
| 27 | 08/05/2024 | Jurisdiction upon Katie Hobbs, in her official capacity as the Governor of Arizona on 7/16/24. (Gould, Andrew) (Entered: 08/07/2024) MOTION for this Court to abstain from further consideration of the merits of Count Two until the state court proceedings have concluded by Adrian Fontes, Kris Mayes. (Attachments: # 1 Exhibit Exhibit 1 - State Case, First Amended Complaint, # 2 Exhibit Exhibit 2 - State Case, AG Motion to Dismiss, # 3 Exhibit Exhibit 3 - State Case, AG Reply, # 4 Exhibit Exhibit 4 - State Case, Minute Entry re 7-29, # 5 Proposed Order Proposed Order re Motion to Abstain)(Whitaker, Joshua) (Entered: 08/05/2024) | View    Add to request |
| 26 | 08/02/2024 | MOTION for Preliminary Injunction by America First Policy Institute, American Encore, Karen Glennon. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Gould, Andrew) (Entered: 08/02/2024) | View    Add to request |
| 25 | 07/29/2024 | ORDER granting Stipulation of Voluntary Dismissal (Doc. 24 ). FURTHER ORDERED dismissing this matter as to Governor Katie Hobbs, without prejudice, with the parties to bear their own fees and costs. Signed by Judge Michael T Liburdi on 7/29/24. (EJA) (Entered: 07/29/2024) | Docket Status View    Add to request |
| 24 | 07/29/2024 | STIPULATION of Dismissal Stipulation of Voluntary Dismissal by Katie Hobbs. (Attachments: # 1 Proposed Order)(Gaona, David) (Entered: 07/29/2024) | View    Add to request |
| 23 | 07/29/2024 | TRANSCRIPT REQUEST (3PY) by Indy Fitzgerald of Perkins Coie LLP in Phx,AZ for STATUS CONFERENCE proceedings held on 07/19/2024, Judge Michael T Liburdi hearing judge(s). (RAP) (Entered: 07/29/2024) | Docket Status View    Add to request |
| 22 | 07/26/2024 | ORDER: Oral Argument on Plaintiff's Motion for Preliminary Injunction (Doc. 14 ) and Defendant' forthcoming motion or motions to dismiss scheduled for 9/13/2024, at 9:00 a.m. is vacated and reset for 9/12/2024 at 9:00 a.m. in Courtroom 504, 401 West Washington Street, Phoenix, AZ 85003 before Judge Michael T. Liburdi. Signed by Judge Michael | Docket Status View    Add to request |

ER-445

| | | | |
|---|---|---|---|
| 21 | 07/22/2024 | T. Liburdi on 7/26/2024. (LMR) (Entered: 07/26/2024)<br>NOTICE OF FILING OF OFFICIAL TRANSCRIPT of STATUS CONFERENCE proceedings held on 07/19/2024 before Judge MICHAEL T. LIBURDI. [Court Reporter: Cathy J. Taylor, RMR, CRR, CRC, Telephone number (602) 322-7249]. The ordering party receives the transcript directly from the Court Reporter. Therefore, transcripts should not be viewed through Pacer. A non-ordering party may view a transcript at the court's public terminal or purchased through the Court Reporter/Transcriber by filing a Transcript Order Form on the docket before the deadline for Release of Transcript Restriction. After that date it may be obtained through Pacer. Redaction Request due 8/15/2024. Redacted Transcript Deadline set for 8/26/2024. Release of Transcript Restriction set for 10/23/2024. (RAP) (Entered: 07/25/2024) | Docket Status<br>View    Add to request |
| 20 | 07/22/2024 | The Court having reviewed the parties' Joint Notice Regarding Schedule (Doc. 18 ), IT IS ORDERED: August 2, 2024: Plaintiffs shall file any preliminary injunction motion regarding the Count I of their Complaint by this date (if applicable). August 9, 2024: Deadline for Defendants to file motions to dismiss and responses to Plaintiffs' preliminary injunction motion(s). August 16, 2024: Deadline for Amici Lomahquahu, Stephenson and Arizona Alliance for Retired Americans to file an amicus brief in support of Defendants. August 26, 2024: Deadline for Plaintiffs to file their reply in support of their preliminary injunction motion(s) and responses to Defendants' motions to dismiss. September 4, 2024: Deadline for Defendants to file replies in support of their motions to dismiss. September 13, 2024 at 9am: Oral argument on the motions. Signed by Judge Michael T Liburdi on 7/22/24. (EJA) (Entered: 07/22/2024) | Docket Status<br>View    Add to request |

| | | | Docket Status | |
|---|---|---|---|---|
| 19 | 07/22/2024 | TRANSCRIPT REQUEST by Arizona Alliance for Retired Americans, Alfred Lomahquahu, Stephani Stephenson for proceedings held on 7/19/2024, Judge Michael T Liburdi hearing judge(s). (O'Gara, Marisa) (Entered: 07/22/2024) | View | Add to request |
| 18 | 07/19/2024 | NOTICE re: Joint Notice Regarding Scheduling by America First Policy Institute, American Encore, Karen Glennon re: 17 Order on Motion to Intervene,,,,,,,, Status Conference,,,,,,,, Set/Reset Motion and R&R Deadlines/Hearings,,,,,,,, Terminate Motions,,,,,,,, Common Prompts (Text Only),,,,,,,, (Ensign, Drew) (Entered: 07/19/2024) | View | Add to request |
| 17 | 07/19/2024 | MINUTE ENTRY for proceedings held before Judge Michael T Liburdi: Status Conference held on 7/19/2024. Discussion is held. IT IS ORDERED that Plaintiffs shall file copies of the provisions of the 2023 Arizona Election Procedure Manual challenged in their Complaint (Doc. 1 ) and Motion for Preliminary Injunction (Doc. 14 ) with this Court no later than today, July 19, 2024. IT IS FURTHER ORDERED that the parties shall file a proposed briefing schedule regarding Plaintiffs' Motion for Preliminary Injunction (Doc. 14 ) and Defendants' forthcoming motion or motions to dismiss no later than today, July 19, 2024. The parties shall send a Microsoft Word version of the proposed briefing schedule to chambers at liburdi_chambers@azd.uscourts.gov. IT IS FURTHER ORDERED that the Motion to Intervene as Defendants (Doc. 15 ) is denied for the reasons stated on the record. IT IS FURTHER ORDERED that Alfred Lomahquahu, Stephani Stephenson, and Arizona Alliance for Retired Americans are granted leave to file an amicus brief. The parties shall confer to assign a deadline for the amicus brief. IT IS FINALLY ORDERED setting oral argument on Plaintiffs' Motion for Preliminary Injunction (Doc. 14 ) and Defendants' forthcoming motion or motions to dismiss for Friday, September 13, 2024, | Send Runner to Court | |

|    |            |                                                                                                                                                                                                                                                                                                                                                                                      |                                    |
|----|------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------------------------|
|    |            | at 9:00 a.m. (Arizona time) in Courtroom 504, Sandra Day OConnor U.S. Federal Courthouse, 401 W. Washington St., Phoenix, Arizona 85003 before United States District Judge Michael T. Liburdi. Counsel shall appear in person. Two hours are allocated to oral argument. APPEARANCES: Drew Ensign and Dallin Holt for Plaintiffs. Nathan Arrowsmith, David Andrew Gaona and Karen Hartman-Tellez for Defendants. James Barton and Julie Zuckerbrod for Movants. (Court Reporter Cathy Taylor.) Hearing held 9:06 AM to 10:08 AM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LMR) (Entered: 07/19/2024) |                                    |
| 16 | 07/19/2024 | SUPPLEMENT re: 14 MOTION for Preliminary Injunction by Plaintiffs America First Policy Institute, America Encore, Karen Glennon. (Attachments: # 1 Attachment Addendum 1 - Challenged Provisions of 2023 EPM, # 2 Attachment Addendum 2 - 2023 EPM)(Gould, Andrew) (Entered: 07/19/2024) | View   Add to request |
|    | 07/19/2024 | Remark: Pro hac vice motion(s) granted for Lalitha Madduri, Marisa O'Gara, Julie Zuckerbrod, Richard Alexander Medina on behalf of Intervenor Defendants Arizona Alliance for Retired Americans, Alfred Lomahquahu, Stephani Stephenson. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 07/19/2024) | Send Runner to Court |
|    | 07/19/2024 | Remark: Pro hac vice motion(s) granted for Michael D Berry on behalf of Plaintiffs America First Policy Institute, America Encore, Karen Glennon. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 07/19/2024) | Send Runner to Court |
| 15 | 07/18/2024 | MOTION to Intervene by Alfred Lomahquahu, Stephani Stephenson, Arizona Alliance for Retired Americans. (Attachments: # 1 Exhibit A - Proposed Answer, # 2 Exhibit B - Declaration of A. Lomahquahu, # 3 Exhibit C - Declaration of S. Stephenson, # 4 Exhibit D - Declaration of D. | View   Add to request |

| | | | | |
|---|---|---|---|---|
| | | Vasquez, # 5 Proposed Order Granting MTI)(Barton, James) (Entered: 07/18/2024) | | |
| 14 | 07/18/2024 | MOTION for Preliminary Injunction by America First Policy Institute, American Encore, Karen Glennon. (Attachments: # 1 Exhibit A - July 18 Disavowal Letter, # 2 Exhibit B - Cypher Declaration, # 3 Exhibit C - Glennon Declaration, # 4 Exhibit D - Noble Declaration)(Gould, Andrew) *Case number not listed. Attorney notified on 7/19/2024 (EJA). (Entered: 07/18/2024) | View | Add to request |
| 13 | 07/18/2024 | NOTICE of Appearance by David Andrew Gaona on behalf of Katie Hobbs. (Gaona, David) (Entered: 07/18/2024) | View | Add to request |
| 12 | 07/18/2024 | NOTICE of Appearance by David Andrew Gaona on behalf of Katie Hobbs. (Gaona, David) (Entered: 07/18/2024) | Docket Status View | Add to request |
| | 07/18/2024 | Remark: Pro hac vice motion(s) granted for Jessica Elizabeth Hart Steinmann, Patricia Nation on behalf of Plaintiffs America First Policy Institute, American Encore, Karen Glennon. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 07/18/2024) | Send Runner to Court | |
| | 07/18/2024 | Remark: Pro hac vice motion(s) granted for Richard P Lawson on behalf of Plaintiffs America First Policy Institute, American Encore, Karen Glennon. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 07/18/2024) | Send Runner to Court | |
| 11 | 07/17/2024 | NOTICE re: of Compliance by America First Policy Institute, American Encore, Karen Glennon. (Gould, Andrew) (Entered: 07/17/2024) | Docket Status View | Add to request |
| 10 | 07/17/2024 | NOTICE of Appearance by Nathan T Arrowsmith on behalf of Kris Mayes. (Arrowsmith, Nathan) (Entered: 07/17/2024) | Docket Status View | Add to request |
| 9 | 07/16/2024 | NOTICE of Appearance by Kyle Cummings on behalf of Adrian Fontes. (Cummings, Kyle) (Entered: 07/16/2024) | View | Add to request |
| 8 | 07/15/2024 | ORDER: Status Conference is set for 7/19/2024 at 09:00 AM in Courtroom 504, 401 West Washington Street, Phoenix, AZ 85003 before Judge Michael T Liburdi. Plaintiffs must serve a copy | View | Add to request |

ER-449

American Encore et al v. Fontes et al, 2:24CV01673 (2024)

| | | | | |
|---|---|---|---|---|
| | | of this Order on each Defendant no later than Tuesday, July 16, 2024. Plaintiffs must then file a notice of compliance no later than Wednesday, July 17, 2024. Signed by Judge Michael T Liburdi on 7/15/2024. (LMR) (Entered: 07/15/2024) | | |
| 7 | 07/10/2024 | Summons Issued as to Adrian Fontes, Katie Hobbs, Kris Mayes. (Attachments: # 1 Summons, # 2 Summons)(BAS). *** IMPORTANT: When printing the summons, select "Document and stamps" or "Document and comments" for the seal to appear on the document. (Entered: 07/10/2024) | View | Add to request |
| 6 | 07/09/2024 | SUMMONS Submitted by America First Policy Institute, American Encore, Karen Glennon. (Attachments: # 1 Summons Summons, # 2 Summons Summons)(Gould, Andrew) (Entered: 07/09/2024) | View | Add to request |
| 5 | 07/09/2024 | NOTICE TO FILER OF DEFICIENCY re: 3 Summons Submitted filed by America First Policy Institute, Karen Glennon, American Encore. The submitted forms cannot be issued because the attorney information is missing from the bottom portion of the forms. FOLLOW-UP ACTION REQUIRED: Please submitted correct forms using the following: Civil, Amended Pleadings and Service, Service of Process, Summons Submitted. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (REK) (Entered: 07/09/2024) | Send Runner to Court | |
| 4 | 07/08/2024 | Filing fee paid, receipt number AAZDC-23219084. This case has been assigned to the Honorable Michael T Liburdi. All future pleadings or documents should bear the correct case number: CV-24-01673-PHX-MTL. Notice of Availability of Magistrate Judge to Exercise Jurisdiction form attached. (REK) (Entered: 07/09/2024) | View | Add to request |
| 3 | 07/08/2024 | SUMMONS Submitted by America First Policy Institute, American Encore, Karen Glennon. (submitted by Andrew Gould) (Attachments: # 1 Summons, # 2 Summons)(REK) (Entered: 07/09/2024) | View | Add to request |

ER-450

American Encore et al v. Fontes et al, 2:24CV01673 (2024)

| 2 | 07/08/2024 | Corporate Disclosure Statement by America First Policy Institute, American Encore, Karen Glennon. (submitted by Andrew Gould) (REK) (Entered: 07/09/2024) | Docket Status<br>View   Add to request |
| 1 | 07/08/2024 | COMPLAINT. Filing fee received: $ 405.00, receipt number AAZDC-23219084 filed by American Encore, Karen Glennon, America First Policy Institute. (submitted by Andrew Gould) (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Civil Cover Sheet)(REK) (Entered: 07/09/2024) | View   Add to request |

**ER-451**

**American Encore et al v. Fontes et al, 2:24CV01673 (2024)**

TO ORDER COPIES OF ANY DOCUMENTS LISTED
ABOVE, CALL WESTLAW COURTEXPRESS
1-877-DOC-RETR (1-877-362-7387) (Additional Charges Apply)

**End of Document**

© 2025 Thomson Reuters. No claim to original U.S. Government Works.

ER-452