UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

JAN 7 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

AMERICAN ENCORE, an Arizona non-profit corporation; et al.,

          Plaintiffs - Appellees,

 v.

ADRIAN FONTES, in his official capacity as Arizona Secretary of State and KRIS MAYES, in her official capacity as Arizona Attorney General,

          Defendants - Appellants,

and

KATIE HOBBS, in her official capacity as Governor of Arizona,

          Defendant.

No. 24-6703

D.C. No.
2:24-cv-01673-MTL
District of Arizona,
Phoenix

ORDER

---

The opening brief submitted by Appellant Kris Mayes is filed.

Within 7 days of this order, Appellant Kris Mayes must file 6 copies of the brief in paper format bound with blue front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The Form 18 certificate is available on the Court's website, at

http://www.ca9.uscourts.gov/forms.

The excerpts of record submitted by Appellant Kris Mayes are filed. Within

7 days of this order, Appellant Kris Mayes is ordered to file 3 copies of the excerpts in paper format securely bound on the left side, with white front cover pages.

The paper copies must be sent to the Clerk's principal office. The delivery and overnight mailing address is 95 Seventh Street, San Francisco, CA 94103. The regular U.S. mailing address is P.O. Box 193939, San Francisco, CA 94119-3939.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT